44 So.2d 38

**J. P. (alias June) POSEY v. STATE.**

5 Div. 302.

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 921

**Brandon POUNDERS v. STATE.**

8 Div. 869.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

44 So.2d 921

**Rothmer O. POUNDERS v. STATE.**

8 Div. 796.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

44 So.2d 921

**Wallace POUNDERS v. STATE.**

8 Div. 762.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

48 So.2d 893

**Wallace POUNDERS v. STATE.**

8 Div. 923.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Abusive language.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

51 So.2d 917

**James Earl POWEZANAS, alias Powezanos v. STATE.**

6 Div. 219.

Court of Appeals of Alabama.
Jan. 30, 1951.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

PER CURIAM.

Appeal dismissed.